UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMISI JERMAINE CALLOWAY,  Plaintiff,  vs.  D. G. ADAMS, et al.,  Defendants. | 1:11-cv-01281-GSA-PC  ORDER DENYING MOTION FOR TRANSFER AS MOOT  (Doc. 8.) |

Jamisi Jermaine Calloway ("Plaintiff") is a state prisoner in the custody of the California Department of Corrections and Rehabilitation, proceeding pro se and in forma pauperis with this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this action on August 3, 2011. (Doc. 1.) On August 16, 2011, Plaintiff consented to Magistrate Judge jurisdiction in this action pursuant to 28 U.S.C. § 636(c), and no other parties have made an appearance. (Doc. 5.) Therefore, pursuant to Appendix A(k)(4) of the Local Rules of the Eastern District of California, the undersigned shall conduct any and all proceedings in the case until such time as reassignment to a District Judge is required. Local Rule Appendix A(k)(3).

On September 26, 2013, Plaintiff filed a motion to be transferred from the custody of Corcoran State Prison and Davita Health Care. (Doc. 8.)

///

Plaintiff's motion is moot because the court record shows that on or about November 28, 2013, Plaintiff was transferred from CSP in Corcoran, California to the California Health Care Facility in Stockton, California.  (Notice of Change of Address, Doc. 9.)  Therefore, Plaintiff's motion must be denied.

Accordingly, **IT IS HEREBY ORDERED** that Plaintiff's motion for transfer, filed on September 26, 2013, is DENIED as moot.

IT IS SO ORDERED.

Dated:   **January 15, 2014**               **/s/ Gary S. Austin**
                                            UNITED STATES MAGISTRATE JUDGE