UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMISI JERMAINE CALLOWAY,<br><br>    Plaintiff,<br><br>vs.<br><br>D. G. ADAMS, Warden, Corcoran State Prison, *et al*,<br><br>    Defendants. | Case No. 1:11-cv-01281-RRB<br><br>**ORDER EXTENDING TIME TO FILE AN AMENDED COMPLAINT** |

The Court of Appeals, having dismissed the appeal of Plaintiff Jamisi Jermaine Calloway,[1] jurisdiction has been restored to this Court. In the interests of justice, the Court *sua sponte* extends the time within which Calloway may file an Amended Complaint in accordance and consistent with the Court's prior Order[2] through and including **May 9, 2014.**

In the event Calloway fails to file an Amended Complaint within the time specified, or such other time as the Court may allow, the Complaint may be dismissed without further notice.

**IT IS SO ORDERED** this 9th day of April, 2014.

S/ RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE

---

    [1]    Docket 19.

    [2]    Docket 13.