UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMISI JERMAINE CALLOWAY,<br><br>         Plaintiff,<br><br>vs.<br><br>D. G. ADAMS, Warden, Corcoran State Prison, *et al*,<br><br>         Defendants. | Case No. 1:11-cv-01281-RRB<br><br>**ORDER EXTENDING TIME TO<br>FILE AN AMENDED COMPLAINT** |

The Court of Appeals having dismissed the appeal of Plaintiff Jamisi Jermaine Calloway and issued its mandate,[1] jurisdiction has been restored to this Court. In the interests of justice, the Court *sua sponte* extends the time within which Calloway may file an Amended Complaint in accordance and consistent with the Court's prior Order,[2] through and including **August 29, 2014.**

In the event Calloway fails to file an Amended Complaint within the time specified, or such other time as the Court may allow, the Complaint may be dismissed without further notice.

**IT IS SO ORDERED** this 2nd day of July, 2014.

S/ RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE

---

[1]     Docket 25.

[2]     Docket 13.