UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMISI JERMAINE CALLOWAY,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>D. G. ADAMS, Warden, Corcoran State Prison, *et al*,<br><br>　　　　Defendants. | Case No. 1:11-cv-01281-RRB<br><br>**ORDER DENYING<br>MOTION AT DOCKET 27** |

　　At **Docket 27** Plaintiff Jamisi Jermaine Calloway moved for a stay order in this matter.  Although Plaintiff may have shown cause for a further extension of time within which to file an amended complaint, he has not shown good cause for an indefinite stay of these proceedings.  Accordingly, the Motion Requesting a Stay Order on Pending Case Above Until the Adjudication of Crisis and Housing Problems is Settled at **Docket 27** is **DENIED**.

　　On the other hand, Calloway has shown sufficient good cause for a further extension of time within which to file an amended complaint in accordance with this Court's Dismissal Order entered on February 13, 2014.  Therefore, on before **October 3, 2014**, and every thirty (30) days thereafter, Plaintiff must file either: (1) an Amended Complaint;

or (2) an updated status report setting forth the reason(s) he is unable to file an amended complaint in compliance with the Court's Dismissal Order.[1]

**IT IS SO ORDERED** this 3rd day of September, 2014.

S/ RALPH R. BEISTLINE<br>UNITED STATES DISTRICT JUDGE

---

[1] Docket 13. In that Order this Court, although expressing doubt that Calloway could adequately truthfully plead an Eighth Amendment claim based upon his alleged denial of an adequate renal diet, ice chips, hypoallergenic soap, shampoo, and moisturizing lotion, nonetheless granted Calloway leave to amend. All other claims, i.e., his request for a transfer, denial of a renal transplant, and forced medical treatment, were dismissed without leave to amend. Calloway is reminded that his amended complaint must be limited to his Eighth Amendment claim, no other.