UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMISI JERMAINE CALLOWAY,<br><br>    Plaintiff,<br><br>vs.<br><br>D. G. ADAMS, Warden, Corcoran State Prison, *et al*,<br><br>    Defendants. | Case No. 1:11-cv-01281-RRB<br><br>**ORDER REGARDING<br>MOTION AT DOCKET 29** |

At **Docket 29** Plaintiff Jamisi Jermaine Calloway filed his status report. In that document Calloway requested that he be granted an additional 30 days within which to file his amended complaint. On February 13, 2014, the Court dismissed his complaint with leave to amend.[1] In addition to seeking additional time within which to file his amended complaint in compliance with the Court's earlier Order, it appears that Calloway seeks to expand his complaint to include claims of violations of his First, Eighth, and Fourteenth Amendment rights for acts that occurred between 2007 and 2014. This Court is not inclined to grant Calloway leave to file an open-ended amended complaint that, in addition to arising after his transfer from California State Prison–Cochran, more likely than not includes unrelated claims against

---

[1] Docket 13. In that Order this Court, although expressing doubt that Calloway could adequately truthfully plead an Eighth Amendment claim based upon his alleged denial of an adequate renal diet, ice chips, hypoallergenic soap, shampoo, and moisturizing lotion, nonetheless granted Calloway leave to amend. All other claims, i.e., his request for a transfer, denial of a renal transplant, and forced medical treatment, were dismissed without leave to amend.

multiple parties, some of which may either be barred by the applicable limitations period or more properly part of one of the five § 1983 cases Calloway had pending in this Court at the time he filed the complaint in this matter.[2]

Accordingly, to the extent that Calloway wishes to raise claims in addition to his Eighth Amendment claim as permitted by the Court's February 13, 2014, Order, Calloway's request is **DENIED**, without prejudice to bringing those claims in the appropriate court in the appropriate manner.

For good cause shown, Calloway's request for leave to file an amended complaint is **GRANTED**. Calloway has through and including **October 31, 2014**, within which to file an amended complaint in compliance with the Court's February 13, 2014, Dismissal Order. Calloway is reminded that his amended complaint must be limited to his Eighth Amendment claim as permitted by this Court's February 13, 2014, Order, no other.

**IT IS SO ORDERED** this 8th day of October, 2014.

S/ RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE

---

[2] Listed in the Dismissal Order, Docket 13, p. 4 n.14.